# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>INFINITE LOOP CUPERTINO HOTEL LLC,<br><br>Defendant. | Case No: 5:19-cv-00414-NC<br><br>[PROPOSED] ORDER |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this __28th__ day of _____May_____, 2019.

_____
Judge of the U.S District Court

GRANTED
Judge Nathanael M. Cousins